**326**

Roy CAMPBELL, as Trustee of the Estate of Delia Mae Campbell, Deceased, and Trustee for Wilbur D. Campbell, also known as Wilbur Dudley Campbell, Appellant, v. A. Otis BIRCH, Alleged Bankrupt, Appellee.

No. 10193.

Circuit Court of Appeals, Ninth Circuit.

July 17, 1942.

Grainger & Hunt, of Los Angeles, Cal., for appellant.

L. M. Cahill and George Acret, both of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, without costs to either party, that a decree of dismissal be filed and entered accordingly and mandate of this court issue forthwith.

EQUITABLE LIFE ASSURANCE SOCIETY OF UNITED STATES, Plaintiff, v. Joseph SAFTLAS and Regina Saftlas, Trustees for Irving Saftlas, Appellants.

No. 7971.

Circuit Court of Appeals, Third Circuit.

Argued July 8, 1942.

Decided July 14, 1942.

James E. Gallagher, Jr., of Philadelphia, Pa. (David H. Rosenbluth, of Philadelphia, Pa., on the brief; Stradley, Ronon & Stevens, of Philadelphia, Pa., of counsel), for appellants.

H. P. Abramson, of Philadelphia, Pa. (Robert J. Sterrett, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed on the authority of New York Life Insurance Co. v. Brandwene, 316 Pa. 218, 172 A. 669, and the opinion of Judge Bard, D.C., 38 F.Supp. 708.

S. T. PERSEN, as Ancillary Administrator, Appellee, v. NATIONAL CITY COMPANY, Appellant.

No. 295.

Circuit Court of Appeals, Second Circuit.

July 6, 1942.

Shearman & Sterling of New York City (Joseph M. Proskauer, Walter K. Earle, and John Marshall Briley, all of New York City, of counsel), for appellant.

Twyeffort & DuBois, of New York City (Frank H. Twyeffort and Warren C. DuBois, both of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Reversed on authority of Robbins v. Pacific Eastern Corporation, 8 Cal.2d 241, 65 P. 2d 42, and complaint dismissed.